**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

**Name:** BARBARA A. WASHINGTON
**Address:** 3318 COLLEGE AVE.
KANSAS CITY, MO 64128

**Check Date:** 08/31/2020
**Payroll Period:** 8/01/2020 - 8/15/2020
**Check Net Amount:** $1,065.74

| Wages | | | | Amount | YTD Amount |
|---|---|---|---|---|---|
| GROSS WAGES | | | | $1,496.45 | $23,943.20 |
| FEDERAL/STATE TAXABLE WAGE | | | | $1,294.25 | $20,719.78 |
| SOCIAL SECURITY/MEDICARE WAGE | | | | $1,428.93 | $22,874.66 |

| Pay | Rate | Hours | | Amount | |
|---|---|---|---|---|---|
| REGULAR PAY | | $1,496.45 | | 365.00 | $1,496.45 |
| Total | | | | 365.00 | $1,496.45 |

| Deductions | | | | Amount | YTD Amount |
|---|---|---|---|---|---|
| CAFETERIA ADMINISTRATION FEE | | | | $0.12 | $1.92 |
| FEDERAL TAX WITHHOLDING | | | | $85.08 | $1,362.69 |
| MCHCP DENTAL - CP | | | | $11.78 | $176.70 |
| MCHCP HEALTH - CP | | | | $53.50 | $856.00 |
| MCHCP VISION - CP | | | | $2.24 | $35.84 |
| MEDICARE TX W/H EMPLOYEE SHARE | | | | $20.72 | $331.66 |
| MO STATE DEFERRED COMP PLAN | | | | $74.82 | $1,197.12 |
| MOSERS RETIREMENT PLAN - EE | | | | $59.86 | $957.76 |
| SOCIAL SECURITY TAX W/H -EE | | | | $88.59 | $1,418.23 |
| STATE TAX WITHHOLDING | | | | $34.00 | $545.00 |
| Total | | | | $430.71 | $6,882.94 |

| Employer Contributions | | | | Amount | YTD Amount |
|---|---|---|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | | | | $6.43 | $102.88 |
| LONG TERM DISABILITY FRINGE | | | | $5.99 | $110.40 |
| MCHCP HEALTH FRINGE PAYMENT | | | | $497.00 | $7,596.00 |
| MEDICARE FRINGE PAYMENT | | | | $20.72 | $331.66 |
| MOSERS RET 2011 PLAN FRNG PAY | | | | $342.39 | $5,262.31 |
| RETIREE HEALTH FRINGE | | | | $64.20 | $1,016.98 |
| SOCIAL SECURITY TAX W/H -ER | | | | $88.59 | $1,418.23 |
| Total | | | | $1,025.32 | $15,838.46 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000025009912 | CHECKING | ****4257 | 101000019 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

**Name:** BARBARA A. WASHINGTON
**Address:** 3318 COLLEGE AVE
KANSAS CITY, MO 64128

**Check Date:** 09/15/2020
**Payroll Period:** 8/16/2020 - 8/31/2020
**Check Net Amount:** $1,065.74

| Wages | | Amount | YTD Amount |
|---|---|---|---|
| GROSS WAGES | | $1,496.45 | $25,439.65 |
| FEDERAL/STATE TAXABLE WAGE | | $1,294.25 | $22,014.03 |
| SOCIAL SECURITY/MEDICARE WAGE | | $1,428.93 | $24,303.59 |

| Pay | Rate | Hours | Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR PAY | $1,496.45 | | 365.00 | $1,496.45 |
| *Total* | | | 365.00 | *$1,496.45* |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $2.04 |
| FEDERAL TAX WITHHOLDING | $85.08 | $1,447.77 |
| MCHCP DENTAL - CP | $11.78 | $188.48 |
| MCHCP HEALTH - CP | $53.50 | $909.50 |
| MCHCP VISION - CP | $2.24 | $38.08 |
| MEDICARE TX W/H EMPLOYEE SHARE | $20.72 | $352.40 |
| MO STATE DEFERRED COMP PLAN | $74.82 | $1,271.94 |
| MOSERS RETIREMENT PLAN - EE | $59.86 | $1,017.62 |
| SOCIAL SECURITY TAX W/H - EE | $88.59 | $1,506.82 |
| STATE TAX WITHHOLDING | $34.00 | $579.00 |
| *Total* | *$430.71* | *$7,313.65* |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $6.43 | $109.31 |
| LONG TERM DISABILITY FRINGE | $5.89 | $116.39 |
| MCHCP HEALTH FRINGE PAYMENT | $497.00 | $8,093.00 |
| MEDICARE FRINGE PAYMENT | $20.72 | $352.40 |
| MOSERS RET 2011 PLAN FRNG PAY | $342.30 | $5,604.70 |
| RETIREE HEALTH FRINGE | $64.20 | $1,081.16 |
| SOCIAL SECURITY TAX W/H -ER | $88.59 | $1,506.82 |
| *Total* | *$1,025.32* | *$16,863.80* |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 20900000265859817 | CHECKING | ****4257 | 101000019 |

**State of Missouri**
**Office of Administration**
PO Box 809
**Jefferson City, Missouri 65102**

**Name:**BARBARA A. WASHINGTON
**Address:**3318 COLLEGE AVE
KANSAS CITY, MO 64128

**Check Date:**09/30/2020
**Payroll Period:**9/01/2020 - 9/15/2020
**Check Net Amount:**$1,065.73

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,496.45 | $26,936.10 |
| FEDERAL/STATE TAXABLE WAGE | $1,294.25 | $23,308.28 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,428.83 | $25,732.52 |

| Pay | Rate | Hours | Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR PAY | | $1,496.45 | 365.00 | $1,496.45 |
| Total | | | 365.00 | $1,496.45 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $2.16 |
| FEDERAL TAX WITHHOLDING | $85.08 | $1,532.85 |
| MCHCP DENTAL - CP | $11.78 | $200.26 |
| MCHCP HEALTH - CP | $53.50 | $963.00 |
| MCHCP VISION - CP | $2.24 | $40.32 |
| MEDICARE TX W/H EMPLOYEE SHARE | $20.72 | $373.12 |
| MO STATE DEFERRED COMP PLAN | $74.82 | $1,346.76 |
| MOSERS RETIREMENT PLAN - EE | $59.86 | $1,077.48 |
| SOCIAL SECURITY TAX W/H -EE | $88.60 | $1,595.42 |
| STATE TAX WITHHOLDING | $34.00 | $613.00 |
| Total | $430.72 | $7,744.37 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $6.43 | $115.74 |
| LONG TERM DISABILITY FRINGE | $5.99 | $122.38 |
| MCHCP HEALTH FRINGE PAYMENT | $497.00 | $8,590.00 |
| MEDICARE FRINGE PAYMENT | $20.72 | $373.12 |
| MOSERS RET 2011 PLAN FRNG PAY | $342.39 | $5,947.09 |
| RETIREE HEALTH FRINGE | $64.20 | $1,145.38 |
| SOCIAL SECURITY TAX W/H -ER | $88.60 | $1,595.42 |
| Total | $1,025.33 | $17,889.13 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 20900000025709424 | CHECKING | ****4257 | 101000019 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

**Name:** BARBARA A. WASHINGTON
**Address:** 3318 COLLEGE AVE
KANSAS CITY, MO 64128

**Check Date:** 10/15/2020
**Payroll Period:** 9/16/2020 - 9/30/2020
**Check Net Amount:** $1,065.74

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | | $28,432.55 |
| FEDERAL/STATE TAXABLE WAGE | $1,496.45 | $24,602.53 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,294.25 | $27,161.45 |
| | $1,428.93 | |

| Pay | Rate | Hours | Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR PAY | $1,496.45 | 365.00 | | $1,496.45 |
| Total | | 365.00 | | $1,496.45 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $2.28 |
| FEDERAL TAX WITHHOLDING | $85.08 | $1,617.93 |
| MCHCP DENTAL - CP | $11.78 | $212.04 |
| MCHCP HEALTH - CP | $53.50 | $1,016.50 |
| MCHCP VISION - CP | $2.24 | $42.56 |
| MEDICARE TX W/H EMPLOYEE SHARE | $20.72 | $393.84 |
| MO STATE DEFERRED COMP PLAN | $74.82 | $1,421.58 |
| MOSERS RETIREMENT PLAN - EE | $59.86 | $1,137.34 |
| SOCIAL SECURITY TAX W/H -EE | $88.59 | $1,684.01 |
| STATE TAX WITHHOLDING | $34.00 | $647.00 |
| Total | $430.71 | $8,175.08 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $6.43 | $122.17 |
| LONG TERM DISABILITY FRINGE | $5.99 | $128.37 |
| MCHCP HEALTH FRINGE PAYMENT | $497.00 | $9,087.00 |
| MEDICARE FRINGE PAYMENT | $20.72 | $393.84 |
| MOSERS RET 2011 PLAN FRNG PAY | $342.39 | $6,289.46 |
| RETIREE HEALTH FRINGE | $64.20 | $1,209.58 |
| SOCIAL SECURITY TAX W/H -ER | $88.59 | $1,684.01 |
| Total | $1,025.32 | $18,914.43 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 209000002575814 | CHECKING | ****4257 | 101000019 |

**State of Missouri**
**Office of Administration**
PO Box 809

**Jefferson City, Missouri 65102**

**Name:** BARBARA A. WASHINGTON
**Address:** 3318 COLLEGE AVE
KANSAS CITY, MO 64128

**Check Date:** 10/30/2020
**Payroll Period:** 10/01/2020 - 10/15/2020
**Check Net Amount:** $783.69

| Wages | | | Amount | YTD Amount |
|---|---|---|---|---|
| GROSS WAGES | | | $1,496.45 | $29,929.00 |
| FEDERAL/STATE TAXABLE WAGE | | | $1,294.25 | $25,896.76 |
| SOCIAL SECURITY/MEDICARE WAGE | | | $1,428.83 | $28,590.38 |

| Pay | Rate | Hours | Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR PAY | $1,496.45 | | | $1,496.45 |
| *Total* | | 365.00 | | $1,496.45 |
| | | 365.00 | | |

| Deductions | | | Amount | YTD Amount |
|---|---|---|---|---|
| CAFETERIA ADMINISTRATION FEE | | | $0.12 | $2.40 |
| FEDERAL TAX WITHHOLDING | | | $85.08 | $1,703.01 |
| MCHCP DENTAL - CP | | | $11.78 | $223.82 |
| MCHCP HEALTH - CP | | | $53.50 | $1,070.00 |
| MCHCP VISION - CP | | | $2.24 | $44.80 |
| MEDICARE TX W/H EMPLOYEE SHARE | | | $20.72 | $414.56 |
| MO STATE DEFERRED COMP PLAN | | | $74.82 | $1,496.40 |
| MOSERS RETIREMENT PLAN - EE | | | $59.86 | $1,197.20 |
| SOCIAL SECURITY TAX W/H -EE | | | $88.59 | $1,772.60 |
| STATE TAX WITHHOLDING | | | $34.00 | $681.00 |
| STATE WRITS | | | $302.05 | $302.05 |
| *Total* | | | $732.76 | $8,907.84 |

| Employer Contributions | | | Amount | YTD Amount |
|---|---|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | | | $6.43 | $128.60 |
| LONG TERM DISABILITY FRINGE | | | $6.99 | $134.36 |
| MCHCP HEALTH FRINGE PAYMENT | | | $497.00 | $9,584.00 |
| MEDICARE FRINGE PAYMENT | | | $20.72 | $414.56 |
| MOSERS RET 2011 PLAN FRNG PAY | | | $342.39 | $6,631.87 |
| RETIREE HEALTH FRINGE | | | $64.20 | $1,273.78 |
| SOCIAL SECURITY TAX W/H -ER | | | $88.59 | $1,772.60 |
| *Total* | | | $1,025.32 | $19,939.77 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 20900000028807984 | CHECKING | ****4257 | 101000019 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

**Name:** BARBARA A. WASHINGTON
**Address:** 3318 COLLEGE AVE
    KANSAS CITY, MO 64128

**Check Date:** 11/16/2020
**Payroll Period:** 10/16/2020 - 10/31/2020
**Check Net Amount:** $783.68

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | | $31,425.45 |
| FEDERAL/STATE TAXABLE WAGE | | $27,191.03 |
| SOCIAL SECURITY/MEDICARE WAGE | | $30,019.31 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,496.45 | 365.00 | $1,496.45 |
| Total | | 365.00 | $1,496.45 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $2.52 |
| FEDERAL TAX WITHHOLDING | $85.08 | $1,788.09 |
| MCHCP DENTAL - CP | $11.78 | $235.60 |
| MCHCP HEALTH - CP | $53.50 | $1,123.50 |
| MCHCP VISION - CP | $2.24 | $47.04 |
| MEDICARE TX W/H EMPLOYEE SHARE | $20.72 | $435.26 |
| MO STATE DEFERRED COMP PLAN | $74.82 | $1,571.22 |
| MOSERS RETIREMENT PLAN - EE | $59.86 | $1,257.06 |
| SOCIAL SECURITY TAX W/H -EE | $88.60 | $1,861.20 |
| STATE TAX WITHHOLDING | $34.00 | $715.00 |
| STATE WRITS | $302.05 | $604.10 |
| Total | $732.77 | $9,640.61 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $6.43 | $135.03 |
| LONG TERM DISABILITY FRINGE | $5.99 | $140.35 |
| MCHCP HEALTH FRINGE PAYMENT | $497.00 | $10,091.00 |
| MEDICARE FRINGE PAYMENT | $20.72 | $435.26 |
| MOSERS RET 2011 PLAN FRNG PAY | $342.39 | $6,874.26 |
| RETIREE HEALTH FRINGE | $84.20 | $1,337.98 |
| SOCIAL SECURITY TAX W/H -ER | $88.60 | $1,861.20 |
| Total | $1,025.33 | $20,965.10 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 20900000028569843 | CHECKING | ****4257 | 101000019 |

State of Missouri
Office of Administration
PO Box 809
Jefferson City, Missouri 65102

**Name:** BARBARA A. WASHINGTON
**Address:** 3318 COLLEGE AVE
KANSAS CITY, MO 64128

**Check Date:** 11/30/2020
**Payroll Period:** 11/01/2020 - 11/15/2020
**Check Net Amount:** $783.69

| Wages | | | Amount | YTD Amount |
|---|---|---|---|---|
| GROSS WAGES | | | $1,496.45 | $32,921.90 |
| FEDERAL/STATE TAXABLE WAGE | | | $1,294.25 | $28,485.28 |
| SOCIAL SECURITY/MEDICARE WAGE | | | $1,428.93 | $31,448.24 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | | 365.00 | $1,496.45 |
| *Total* | | 365.00 | *$1,496.45* |

| Deductions | | | Amount | YTD Amount |
|---|---|---|---|---|
| CAFETERIA ADMINISTRATION FEE | | | $0.12 | $2.64 |
| FEDERAL TAX WITHHOLDING | | | $85.08 | $1,873.17 |
| MCHCP DENTAL - CP | | | $11.78 | $247.38 |
| MCHCP HEALTH - CP | | | $53.50 | $1,177.00 |
| MCHCP VISION - CP | | | $2.24 | $49.28 |
| MEDICARE TX W/H EMPLOYEE SHARE | | | $20.72 | $456.00 |
| MO STATE DEFERRED COMP PLAN | | | $74.82 | $1,646.04 |
| MOSERS RETIREMENT PLAN - EE | | | $59.86 | $1,316.92 |
| SOCIAL SECURITY TAX W/H -EE | | | $88.59 | $1,949.79 |
| STATE TAX WITHHOLDING | | | $34.00 | $749.00 |
| STATE WRITS | | | $302.05 | $906.15 |
| *Total* | | | $732.76 | $10,373.37 |

| Employer Contributions | | | Amount | YTD Amount |
|---|---|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | | | $6.43 | $141.46 |
| LONG TERM DISABILITY FRINGE | | | $5.99 | $146.34 |
| MCHCP HEALTH FRINGE PAYMENT | | | $497.00 | $10,578.00 |
| MEDICARE FRINGE PAYMENT | | | $20.72 | $456.00 |
| MOSERS RET 2011 PLAN FRNG PAY | | | $342.39 | $7,316.65 |
| RETIREE HEALTH FRINGE | | | $64.20 | $1,402.18 |
| SOCIAL SECURITY TAX W/H -ER | | | $88.59 | $1,949.79 |
| *Total* | | | $1,025.32 | $21,990.42 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 20900000026906083 | CHECKING | ****4257 | 101000019 |